♦AO 245D     (Rev. 3/01) Judgment in a Criminal Case for Revocations
             Sheet 1

FILED
06 OCT 16  AM 5: 35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| Hector Leopoldo Dagnino-Inzunza | (For Offenses Committed On or After November 1, 1987) |

CASE NUMBER: 04CR0621-W

John C Ellis, Federal Defenders Inc.
Defendant's Attorney

REGISTRATION No. 32299198

THE DEFENDANT:
X   was found in violation based on his conviction   in 06CR0793-BEN

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| **Allegation Number** | **Nature of Violation** |
|---|---|
| one (nv1) | Committed law violation |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 13, 2006
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Entered Date:

AO 245B     (Rev. 9/00) Judgment in Criminal Case
             Sheet 2 — Imprisonment

Judgment — Page   2   of   2  

DEFENDANT:     Hector Leopoldo Dagnino-Inzunza
CASE NUMBER:     04CR0621-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months, to run consecutive to the sentence imposed in 06CR0793-BEN

☐     The court makes the following recommendations to the Bureau of Prisons:

☐     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

       ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

       ☐    as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons or to the US

       ☐    before 2 p.m. on _____ .

       ☐    as notified by the United States Marshal.

       ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL